**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Chi Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHI NGUYEN,<br><br>          Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., *et al.,*<br><br>          Defendants. | **CASE NO.:** CV-11-756-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PARTIES' EXPERT DISCLOSURE DEADLINES BY 30 DAYS**<br><br>Motion To Be Decided on Papers<br><br>**DEPT:** Courtroom 9, 19th Floor<br>**JUDGE:** Hon. James Ware<br><br>**ACTION FILED:** February 18, 2011<br>**TRIAL DATE:**  None |

IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

The parties' deadline to serve and lodge expert witness reports, and all related expert disclosures per Federal Rule of Civil Procedure 26, shall be continued by 30 days.

A continuance is required because Defendant has represented that a key witness, Scott Brunn, is currently unavailable and on medical leave. Plaintiff believes Mr. Brunn's testimony is necessary to properly and adequately prepare expert witnesses. Additionally, on July 16, 2012, Defendants produced over 3,000 additional documents. The parties believe review of these previously undisclosed documents is necessary to properly and adequately prepare expert witnesses.

///

///

- 1 -

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. – Stipulation and [Proposed] Order to Continue the Parties' Expert Disclosure Deadlines by 30 Days.*
*CV-11-756-JW*

1   IT IS SO STIPULATED AND AGREED.

3   DATED: _____                    _____
4                                                Michael R. Bracamontes, Esq.
                                                 Bracamontes & Vlasak, P.C.
5                                                Attorneys for Plaintiff

7   DATED: _____                    _____
8                                                Jamerson C. Allen, Esq.
                                                 Jackson Lewis, LLP
9                                                Attorney for Defendant

12  IT IS SO ORDERED that:

13  1. The parties shall serve and lodge expert witness reports by September 10, 2012.

14  2. The parties' deadline to file a Motion to Exclude Expert Witnesses shall be September 13, 2012.

15  3. The parties' deadline to disclose rebuttal expert witnesses shall be September 24, 2012.

16  4. The parties' deadline to file a Motion to Exclude Rebuttal Expert Witnesses shall be September 27, 2012.

18  5. The last day for a hearing on a party's Motion to Exclude an Expert Witness shall be October 17, 2012.

20  6. The last day for a hearing on a party's Motion to Exclude a Rebuttal Expert Witness shall be November 1, 2012.

Dated: July 20, 2012                             _____
                                                 Hon. James Ware
                                                 Chief Judge of the U.S. District Court

- 2 -

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. – Stipulation and [Proposed] Order to Continue the Parties' Expert Disclosure Deadlines by 30 Days.*
*CV-11-756-JW*