IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHI NGUYEN,

    Plaintiff,

  v.

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,

    Defendant.

No. C-11-0726 MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND ERRATA THERETO**

On September 6, 2012, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit forthwith a chambers copy of the "Notice of Removal," filed February 18, 2011, and the "Errata" thereto, filed February 24, 2011.

**IT IS SO ORDERED.**

Dated: September 19, 2012

MAXINE M. CHESNEY
United States District Judge