PATRIC C. MULLIN (State Bar No. 72041)
JAMERSON C. ALLEN (State Bar No. 132866)
CORTNEY L. MCDEVITT (State Bar No. 241879)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone    415.394.9400
Facsimile:   415.394.9401
Email:       mullinp@jacksonlewis.com
             allenj@jacksonlewis.com
             mcdevittc@jacksonlewis.com

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHI NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., *et al.*,<br><br>Defendants. | **CASE NO.:** 3-11-CV-00756-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND MOTION DEADLINES BY 30 DAYS; ORDER THEREON**<br><br>Motion To Be Decided on Papers<br><br>**DEPT:** Courtroom 7, 19th Floor<br>**JUDGE:** Hon. Maxine M. Chesney<br><br>**ACTION FILED:** February 18, 2011<br>**TRIAL DATE:** None |

IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

All deadlines related to disclosure of rebuttal expert witnesses and reports and motions related thereto shall be vacated and continued by 30 days.

A continuance of said deadlines is necessary because the second day of Plaintiff's deposition, the second day of Defendant's Human Resources Director's deposition are not yet complete. Additionally, Defendant's retained human resources expert was called out of town, and has requested additional time to review Plaintiff's expert's 68-page report and provide a comprehensive response.

- 1 -

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. – Stipulation and [Proposed] Order to Continue Discovery and Motion Deadlines by 30 Days.*
*CV-11-756-MMC*

1  IT IS SO STIPULATED AND AGREED.

2

3  DATED: October 23, 2012                    /s/
4                                              Michael R. Bracamontes, Esq.
                                               Bracamontes & Vlasak, P.C.
5                                              Attorney for Plaintiff

6

7  DATED: October 23, 2012                    /s/
8                                              Cortney L. McDevitt, Esq.
                                               Jackson Lewis, LLP
9                                              Attorney for Defendant

10
    IT IS SO ORDERED that the deadlines concerning rebuttal experts only are vacated and reset as
11
follows:
12
  1. The parties' deadline to disclose rebuttal expert witnesses shall be November 26, 2012.
13
  2. The parties' deadline to file a Motion to Exclude Rebuttal Expert Witnesses shall be November
14
     30, 2012.
15
  3. The last day for a hearing on a party's Motion to Exclude a Rebuttal Expert Witness shall be
16
     ~~January 3, 2013.~~  January 4, 2013.
17

18  Dated: October 26, 2012                   [signature]
19                                             Honorable Maxine M. Chesney
                                               Judge of the U.S. District Court
20

21

22

23

24

25

26  4823-4853-8385, v. 1

27

28

- 2 -

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. – Stipulation and [Proposed] Order to Continue Discovery and Motion Deadlines by 30 Days.*
*CV-11-756-MMC*