1  PATRIC C. MULLIN (State Bar No. 72041)
2  JAMERSON C. ALLEN (State Bar No. 132866)
   CORTNEY L. MCDEVITT (State Bar No. 241879)
3  JACKSON LEWIS LLP
   50 California Street, 9th Floor
4  San Francisco, CA  94111
   Telephone    415.394.9400
5  Facsimile:    415.394.9401
   Email:    mullinp@jacksonlewis.com
6            allenj@jacksonlewis.com
            mcdevittc@jacksonlewis.com
7

8  Attorneys for Defendant
   CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  CHI NGUYEN,                          CASE NO.: 3-11-CV-00756-MMC

15              Plaintiff,               STIPULATION AND [PROPOSED] ORDER
                                         TO CONTINUE DISCOVERY AND MOTION
16         vs.                           DEADLINES BY 30 DAYS; ORDER THEREON

17  CLEAN HARBORS ENVIRONMENTAL          Motion To Be Decided on Papers
    SERVICES, INC., et al.,
18                                       DEPT:    Courtroom 7, 19th Floor
              Defendants.                JUDGE:  Hon. Maxine M. Chesney
19
                                         ACTION FILED:  February 18, 2011
20                                       TRIAL DATE:    None

21       IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

22       All deadlines related to the continued depositions of Chi Nguyen, Linda Garcia, and Scott Weber,

23  as well as disclosure of rebuttal expert witnesses and reports related thereto shall be vacated and

24  continued until January 31, 2012; and that motions related to rebuttal expert witnesses shall be vacated

25  and continued accordingly.

26       A continuance of said deadlines is necessary because the parties have agreed to mediate before

27  Vivien Williamson on December 13, 2012, and wish to abate these discovery costs in anticipation of

28  mediation, while reserving their rights to engage in the discovery as necessary for preparation for trial if

- 1 -

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. – Stipulation and [Proposed] Order to Continue Discovery and Motion Deadlines.*
*CV-11-756-MMC*

bracamontes & viasak
A Professional Law Corporation
www.bvlawsf.com

1   mediation is unsuccessful.

2

3        IT IS SO STIPULATED AND AGREED.

4

5   DATED:  November 20, 2012                    /s/
                                          _____
6                                         Michael R. Bracamontes, Esq.
                                          Bracamontes & Vlasak, P.C.
7                                         Attorney for Plaintiff

8

9   DATED:  November 20, 2012                    /s/
                                          _____
10                                        Cortney L. McDevitt, Esq.
                                          Jackson Lewis, LLP
11                                        Attorney for Defendant

12

13        IT IS SO ORDERED that the deadlines concerning the continued depositions of Chi Nguyen, Linda

14  Garcia, and Scott Weber, as well as for disclosure of rebuttal experts, are vacated and reset as follows:

15      1.  The parties' deadline to complete the depositions of Chi Nguyen, Linda Garcia, and Scott

16          Weber shall be January 31, 2013.

17      2.  The parties' deadline to disclose rebuttal expert witnesses shall be January 31, 2013.

18      3.  The parties' deadline to file a Motion to Exclude Rebuttal Expert Witnesses shall be February 5,

19          2013.

20      4.  The last day for a hearing on a party's Motion to Exclude a Rebuttal Expert Witness shall be

21          March 7, 2013.

22      5.  All other dates and deadlines shall remain unchanged.

23

24  Dated:  November 26, 2012

25                                        Honorable Maxine M. Chesney
                                          Judge of the U.S. District Court

26

27

28

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. -- Stipulation and [Proposed] Order to Continue Discovery*
*and Motion Deadlines.*
*CV-11-756-MMC*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com