PATRIC C. MULLIN (State Bar No. 72041)
JAMERSON C. ALLEN (State Bar No. 132866)
CORTNEY L. MCDEVITT (State Bar No. 241879)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone   415.394.9400
Facsimile:    415.394.9401
Email:        mullinp@jacksonlewis.com
              allenj@jacksonlewis.com
              mcdevittc@jacksonlewis.com

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHI NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., *et al.*,<br><br>Defendants. | **CASE NO.:** 3-11-CV-00756-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND MOTION DEADLINES BY 30 DAYS; ORDER THEREON**<br><br>Motion To Be Decided on Papers<br><br>**DEPT:**  Courtroom 7, 19th Floor<br>**JUDGE:**  Hon. Maxine M. Chesney<br><br>**ACTION FILED:** February 18, 2011<br>**TRIAL DATE:**  None |

IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

All deadlines related to the continued depositions of Chi Nguyen, Linda Garcia, and Scott Weber, as well as disclosure of rebuttal expert witnesses and reports related thereto shall be vacated and continued until January 31, 2012; and that motions related to rebuttal expert witnesses shall be vacated and continued accordingly.

A continuance of said deadlines is necessary because the parties have agreed to mediate before Vivien Williamson on December 13, 2012, and wish to abate these discovery costs in anticipation of mediation, while reserving their rights to engage in the discovery as necessary for preparation for trial if

- 1 -

bracamontes & viasak
A Professional Law Corporation
www.bvlawsf.com

1    mediation is unsuccessful.

2

3        IT IS SO STIPULATED AND AGREED.

4

5    DATED:  November 20, 2012                              /s/

6                                                Michael R. Bracamontes, Esq.
                                                 Bracamontes & Vlasak, P.C.
7                                                Attorney for Plaintiff

8

9    DATED:  November 20, 2012                              /s/

10                                               Cortney L. McDevitt, Esq.
                                                 Jackson Lewis, LLP
11                                               Attorney for Defendant

12

13       IT IS SO ORDERED that the deadlines concerning the continued depositions of Chi Nguyen, Linda

14   Garcia, and Scott Weber, as well as for disclosure of rebuttal experts, are vacated and reset as follows:

15       1.  The parties' deadline to complete the depositions of Chi Nguyen, Linda Garcia, and Scott

16           Weber shall be January 31, 2013.

17       2.  The parties' deadline to disclose rebuttal expert witnesses shall be January 31, 2013.

18       3.  The parties' deadline to file a Motion to Exclude Rebuttal Expert Witnesses shall be February 5,

19           2013.

20       4.  The last day for a hearing on a party's Motion to Exclude a Rebuttal Expert Witness shall be

21           March 7, 2013.

22       5.  All other dates and deadlines shall remain unchanged.

23

24   Dated:  November 26, 2012

25                                               Honorable Maxine M. Chesney
                                                 Judge of the U.S. District Court
26

27

28

*Nguyen v. Clean Harbors Environmental Services, Inc., et al. -- Stipulation and [Proposed] Order to Continue Discovery and Motion Deadlines.*
*CV-11-756-MMC*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com