Patrick C. Mullin (Cal. Bar No. 72041)
Jamerson C. Allen (Cal. Bar No. 132866)
Cortney L. McDevitt (Cal. Bar No. 241879)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone       (415) 394-9400
Facsimile:       (415) 394-9401
Email:            mullinp@jacksonlewis.com
                     allenj@jacksonlewis.com
                     mcdevittc@jacksonlewis.com

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHI NGUYEN,<br><br>             Plaintiff,<br><br>    v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. and DOES 1-20, inclusive,<br><br>             Defendant. | Case No. 3:11-cv-00756-MMC<br>ORDER APPROVING STIPULATION ~~AND [PROPOSED] ORDER~~ TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>**DEPT.:**   Courtroom 7, 19th Floor<br>**JUDGE:**   Hon. Maxine M. Chesney<br><br>**ACTION FILED:**  February 18, 2011<br>**TRIAL DATE:**      June 17, 2013 |

IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

The case management conference currently set for February 15, 2013 shall be vacated and continued by one (1) week.

A continuance of the case management conference is necessary because the parties have reached a settlement in principle on Plaintiff's Complaint, and are in the process of revising and finalizing settlement agreement and release of all claims.  Once the agreement is finalized, the parties will file a Notice of Settlement with this Court, making a case management conference unnecessary.  Due to scheduling issues, the parties require an additional week to finalize the agreement and file a Notice of Settlement.

///

IT IS SO STIPULATED AND AGREED.

                                                      BRACAMONTES & VLASAK, P.C.

DATED: February 11, 2013                 /s/ *Michael R. Bracamontes*
                                              Michael R. Bracamontes, Esq.
                                              Bracamontes & Vlasak, P.C.
                                              Attorney for Plaintiff

DATED: February 11, 2013                 JACKSON LEWIS, LLP

                                      By:     /s/ *Cortney L. McDevitt*
                                              Patrick C. Mullin
                                              Jamerson C. Allen
                                              Cortney L. McDevitt
                                              Attorneys for Defendant
                                              CLEAN HARBORS ENVIRONMENTAL
                                              SERVICES, INC.

IT IS SO ORDERED that

1. The Case Management Conference currently set for February 15, 2013, is hereby vacated.

2. A further Case Management Conference is set for February 22, 2013.   The parties are directed to file a Joint Case Management Statement no later than February 15, 2013.

Dated: February 11, 2013

                                          Honorable Maxine M. Chesney
                                          Judge of the U.S. District Court

4812-5667-3426, v. 1