1  Patrick C. Mullin (Cal. Bar No. 72041)
   Jamerson C. Allen (Cal. Bar No. 132866)
2  Cortney L. McDevitt (Cal. Bar No. 241879)
   JACKSON LEWIS LLP
3  50 California Street, 9th Floor
   San Francisco, California  94111-4615
4  Telephone      (415) 394-9400
   Facsimile:      (415) 394-9401
5  Email:          mullinp@jacksonlewis.com
                   allenj@jacksonlewis.com
6                  mcdevittc@jacksonlewis.com

7  Attorneys for Defendant
   CLEAN HARBORS ENVIRONMENTAL
8  SERVICES, INC.

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  CHI NGUYEN,                          Case No. 3:11-cv-00756-MMC
                                         ORDER APPROVING
13            Plaintiff,                 STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE CASE
14       v.                              MANAGEMENT CONFERENCE

15  CLEAN HARBORS ENVIRONMENTAL          DEPT.:    Courtroom 7, 19th Floor
    SERVICES, INC. and DOES 1-20, inclusive,   JUDGE:   Hon. Maxine M. Chesney
16
              Defendant.                 ACTION FILED:  February 18, 2011
17                                       TRIAL DATE:    June 17, 2013

18       IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

19       The case management conference currently set for February 22, 2013 shall be vacated

20  and continued by one (1) week.

21
         A continuance of the case management conference is necessary because the parties have
22
    reached a settlement in principle on Plaintiff's Complaint, and are in the process of revising and
23
    finalizing settlement agreement and release of all claims.
24

25       Due to Defendant's client contact being out of town for business, it took slightly longer

26  than anticipated to provide Plaintiff with a finalized version of the settlement agreement.

27  Plaintiff was provided with the finalized version of the settlement agreement on the afternoon of

28  February 15, 2013.

1       Once the agreement is executed, the parties will file a Notice of Settlement with this

2  Court, making a case management conference unnecessary.  Due to scheduling issues, the

3  parties require an additional week to finalize the agreement and file a Notice of Settlement.

4

5  IT IS SO STIPULATED AND AGREED.

6

7  DATED:  February 15, 2013       By:   /s/ *Michael R. Bracamontes*

8                       Michael R. Bracamontes, Esq.
                         Bracamontes & Vlasak, P.C.

9                       Attorney for Plaintiff
                       CHI NGUYEN

10

11  DATED:  February 15, 2013          **JACKSON LEWIS LLP**

12

13                         By:   /s/ Cortney L. McDevitt

14                         Patrick C. Mullin
                       Jamerson C. Allen

15                       Cortney L. McDevitt
                       Attorneys for Defendant

16                       CLEAN HARBORS ENVIRONMENTAL
                       SERVICES, INC.

17

18  IT IS SO ORDERED that

19  1.  The Case Management Conference currently set for February 22, 2013, is hereby

20      vacated.

21  2.  A further Case Management Conference is set for ~~March 1, 2013.~~  March 15, 2013.

22

23

24  Dated:  February 19, 2013

                                Honorable Maxine M. Chesney

25                                Judge of the U.S. District Court

26

27

28  1827-2832-5074 v. 1