1  Patrick C. Mullin (Cal. Bar No. 72041)
   Jamerson C. Allen (Cal. Bar No. 132866)
2  Cortney L. McDevitt (Cal. Bar No. 241879)
   JACKSON LEWIS LLP
3  50 California Street, 9th Floor
   San Francisco, California  94111-4615
4  Telephone       (415) 394-9400
   Facsimile:      (415) 394-9401
5  Email:          mullinp@jacksonlewis.com
                   allenj@jacksonlewis.com
6                  mcdevittc@jacksonlewis.com

7  Attorneys for Defendant
   CLEAN HARBORS ENVIRONMENTAL
8  SERVICES, INC.

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 CHI NGUYEN,                              Case No. 3:11-cv-00756-MMC
                                            ORDER APPROVING
13              Plaintiff,                  STIPULATION ~~AND [PROPOSED]
                                            ORDER~~ TO CONTINUE CASE
14       v.                                 MANAGEMENT CONFERENCE

15 CLEAN HARBORS ENVIRONMENTAL              DEPT.:   Courtroom 7, 19th Floor
   SERVICES, INC. and DOES 1-20, inclusive, JUDGE:   Hon. Maxine M. Chesney
16
                Defendant.                  ACTION FILED: February 18, 2011
17                                          TRIAL DATE:   June 17, 2013

18       IT IS HEREBY STIPULATED AND AGREED by and among all parties that:

19       The case management conference currently set for February 22, 2013 shall be vacated

20 and continued by one (1) week.

21
         A continuance of the case management conference is necessary because the parties have
22
   reached a settlement in principle on Plaintiff's Complaint, and are in the process of revising and
23
   finalizing settlement agreement and release of all claims.
24

25       Due to Defendant's client contact being out of town for business, it took slightly longer

26 than anticipated to provide Plaintiff with a finalized version of the settlement agreement.

27 Plaintiff was provided with the finalized version of the settlement agreement on the afternoon of

28 February 15, 2013.

Once the agreement is executed, the parties will file a Notice of Settlement with this Court, making a case management conference unnecessary. Due to scheduling issues, the parties require an additional week to finalize the agreement and file a Notice of Settlement.

IT IS SO STIPULATED AND AGREED.

DATED: February 15, 2013            By:    /s/ *Michael R. Bracamontes*
                                           Michael R. Bracamontes, Esq.
                                           Bracamontes & Vlasak, P.C.
                                           Attorney for Plaintiff
                                           CHI NGUYEN

DATED: February 15, 2013                   **JACKSON LEWIS LLP**

                                    By:    /s/ *Cortney L. McDevitt*
                                           Patrick C. Mullin
                                           Jamerson C. Allen
                                           Cortney L. McDevitt
                                           Attorneys for Defendant
                                           CLEAN HARBORS ENVIRONMENTAL
                                           SERVICES, INC.

IT IS SO ORDERED that

1. The Case Management Conference currently set for February 22, 2013, is hereby vacated.

2. A further Case Management Conference is set for ~~March 1, 2013.~~  March 15, 2013.

Dated: February 19, 2013

Honorable Maxine M. Chesney
Judge of the U.S. District Court