IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI NGUYEN, | No. C 11-0756 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al., | |
| Defendants. | |

The parties having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court within forty-five (45) days that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: March 13, 2013

MAXINE M. CHESNEY
United States District Judge